STATE v. TAYLOR

No. 294P92

Case below: 106 N.C.App. 534

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

WATSON v. AMERICAN NATIONAL FIRE INSURANCE CO.

No. 281PA92

Case below: 106 N.C.App. 681

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals allowed 30 September 1992.